**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Santos JIMENEZ–ARRIAGA,**
**Defendant–Appellant.**

**No. 12–50505.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.[*]

Filed Aug. 1, 2013.

Arnold Dale Blankenship, Bruce R. Castetter, Assistant U.S. Attorneys, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Leroy George Siddell, Law Offices of George Siddell, San Diego, CA, for Defendant–Appellant.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM [**]

Santos Jimenez–Arriaga appeals from the district court's judgment and challenges his guilty-plea conviction and 48–month sentence for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jimenez–Arriaga's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Jimenez–Arriaga has filed a pro se supplemental brief. No answering brief has been filed.

Jimenez–Arriaga has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Jimenez–Arriaga's motion for appointment of substitute counsel is denied.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.